UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JESSIE LOZANO,

      Petitioner,

v.                                Case No.:  2:26-cv-717-SPC-DNF

STATE OF FLORIDA,

      Respondent.

_____/

## OPINION AND ORDER

Before the Court is Petitioner Jessie Lozano's construed petition for a writ of habeas corpus (Doc. 1).  Lozano was adjudicated guilty of robbery in Charlotte County Circuit Court Case No. 19-CF-1342 after pleading nolo contendere, and he challenges certain aspects of the case.  This Court reviews Lozano's petition under Rule 4 of the Rules Governing Section 2254 Cases.

Lozano is not entitled to habeas relief on any ground in his petition. Federal courts may entertain a request for a writ of habeas corpus by a state prisoner "only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States."  28 U.S.C. § 2254(a). Lozano's petition is not easy to follow, but he primarily complains about responses he received to discovery requests and subpoenas.  He does not claim his sentence violates the Constitution or federal law.  Thus, he does not state

a cognizable federal habeas claim.  If Lozano has any federal postconviction claims arising from his conviction, he must exhaust those claims in state court before filing them here.  And if he does file a habeas petition, he must use the Court's standard form.  *See* Section 2254 Rule 2(d).

## DENIAL OF CERTIFICATE OF APPEALABILITY

A prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition.  28 U.S.C. § 2253(c)(1).  Rather, a district court must first issue a certificate of appealability (COA).  "A [COA] may issue…only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  To make such a showing, a petitioner must demonstrate that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Tennard v. Dretke*, 542 U.S. 274, 282 (2004) (*quoting Slack v. McDaniel*, 529 U.S. 473, 484 (2000)), or that "the issues presented were adequate to deserve encouragement to proceed further," *Miller–El v. Cockrell*, 537 U.S. 322, 335–36 (2003) (citations omitted).  Lozano has not made the requisite showing here and may not have a certificate of appealability on his petition.

Accordingly, it is now

**ORDERED:**

This action is **DISMISSED without prejudice**.   The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment of dismissal without prejudice, and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida on March 19, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record

3